STATE of Missouri, Plaintiff-Respondent,

v.

Gary COLE, Defendant-Appellant.

No. WD 34525.

Missouri Court of Appeals, Western District.

Feb. 14, 1984.

Ronald F. Fisk, Nevada, for defendant-appellant.

John Ashcroft, Atty. Gen., John M. Morris, Kristie Green, Asst. Attys. Gen., Jefferson City, for plaintiff-respondent.

Before SOMERVILLE, P.J., TURNAGE, C.J., and BERREY, J.

### ORDER

PER CURIAM:

Gary Cole appeals a sentence of six months imprisonment in the county jail upon a finding of guilt by a jury.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.